FILED ——— ENTERED
LOGGED ——— RECEIVED

JUN 02 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Steven Melton

NBCI

14100 McMullen Hwy. SW.

Cumberland, Md. 21502

## UNITED STATES DISTRICT COURT  DISTRICT OF MARYLAND

Steven Melton, **proper**

Plaintiff

     v.

CITY OF BALTIMORE (CITY YARD)

Mayor Brandon Scott,

CITY OF BALTIMORE POLICE DEPT.

Commisionor Michael Harrison,

STATE OF MARYLAND

Governor Wes Moore,

CITY OF BALTIMORE POLICE DEPT.

Detective Frank Miller

CASE NO:

CIVIL

NEGLIGENCE

JURY TRIAL DEMANDED

On April 12, 2021, approximately 4:40pm, Det. Frank Miller of the Baltimore City police dept. homicid unit had two vehicles towed from the 1900 blk. of Feyette st. to the Baltimore Police Central District crime lub bay, in the CITY OF BALTIMORE, STATE OF MARYLAND. One an 2000 BUICK PARK AVENUE and the second an 2009 HONDA ACCORD.

On April 13, 2021, approximately 12:24 pm, the HONDA ACCORD was relecced to my friend Ms. Teayarnna Sloan, while the 2000 BUICK PARK AVENUE was place on police hold and towed to the city yard, by det. Frank Miller. WITHOUT recieving any NOTICES from the CITY OF BALTIMORE or its agents or agencies the 2000 BUICK PARK AVENUE was auctioned off on Febuary 23, 2022.

As an result of the Defendants negligence, Plaintiff has sufferd lost of property, stress, anxiety, and emotional trauma.

WHERE FORE, Plaintiff prays for the judgement against the Defendants in the sum of $100,000.

May 29, 2023

Respectfully,

Steven Melton

Steven Melton, pro per

Plaintiff

Plaintiff Demands Trial by Jury